IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTINA PAYLAN, M.D..**

    **Plaintiff,**

v.                                                  Case No.  1:15cv159-MW/GRJ

**SCOTT TEITELBAUM, M.D.,** in
his individual capacities,
**UNIVERSITY OF FLORIDA,** a
State university, and
**UF & SHANDS FLORIDA
RECOVERY CENTER,**
a State-owned entity,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 21.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

Defendant's Motion to Enforce Fees and Costs and Stay This Action; Alternatively, Motion to Quash and Dismiss Plaintiff's Complaint and Strike

1

Plaintiff's Claim for Attorney's Fees, ECF No. 6, is **DENIED** as to Defendants' motion to enforce fees and costs and stay this action.  Defendant's motion, ECF No. 6, is **GRANTED** with respect to Defendants' motion to quash and dismiss Plaintiff's complaint.  The University of Florida and UF & Shands Recovery Center are **DISMISSED** as improperly named parties. Plaintiff's claims for first amendment retaliation and unjust enrichment are **DISMISSED**.  Plaintiff is granted **leave to file** an amended complaint within 20 days of the date of this order.

The Improperly Named Defendant University of Florida's Motion to Dismiss Plaintiff's Complaint and Strike Plaintiff's Claim for Attorney's Fees and Punitive Damages, ECF No. 9, is **GRANTED**.

Defendant's Motion to Dismiss This Action for Plaintiff's Failure to Comply with this Court's Order, ECF No. 16, is **DENIED**.

This cause is remitted to the Magistrate Judge for further proceedings.

**SO ORDERED on March 17, 2016.**

s/Mark E. Walker         ____
**United States District Judge**
