IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTINA PAYLAN, M.D.,**

    **Plaintiff,**

**v.**                                     **Case No. 1:15cv159-MW/GRJ**
**SCOTT TEITELBAUM, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 53. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Motion for Summary Judgment, ECF No. 33, of Defendant University of Florida Board of Trustees is **DENIED**. This case is remanded to the magistrate Judge for further proceedings.

SO ORDERED on October 14, 2016.

                                             s/Mark E. Walker
                                             **United States District Judge**