IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTINA PAYLAN, M.D.,**

    **Plaintiff,**

v.                                                              Case No. 1:15cv159-MW/GRJ

**SCOTT TEITELBAUM, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 60. Upon consideration, no objections having been filed by the parties,

    IT IS ORDERED:

    1.    The report and recommendation is **accepted and adopted** as this Court's opinion.

    2.    Dr. Teitelbaum and UFBOT's Motion to Strike and Motion to Dismiss Plaintiff's Corrected Amended Complaint, ECF No. 34, is **GRANTED in part and DENIED in part** as follows:

        (a)    Plaintiff's demand for punitive damages as to UFBOT is **stricken**.

1

  (b) Defendants' motion to strike Plaintiff's demand for punitive damages against Dr. Teitelbaum for state and federal law causes of action is **DENIED**.

  (c) Defendants' motion to strike various paragraphs of Plaintiff's complaint as redundant, immaterial, impertinent or scandalous is **DENIED**.

  (d) Defendants' motion to dismiss Counts I–III (1983 actions) as to UFBOT is **DENIED**.

  (e) Plaintiff's claim in Count IV (Retaliation) is **DISMISSED**.

  (f) Plaintiff's claim in VI (Defamation) is **DISMISSED**, and

  (g) Defendants' motion to dismiss Count V (Fraud) is **DENIED**.

3. This cause is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on January 23, 2017.**

            <u>s/Mark E. Walker</u>
            **United States District Judge**