# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE  DIVISION

CHRISTINA PAYLAN, M.D.,

        **Plaintiff,**

v.                                  **Case No.  1:15cv159-MW/GRJ**

SCOTT TEITELBAUM, et al.,

        **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 92, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 93.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Motion to Dismiss Plaintiff's Corrected Amended Complaint, ECF No. 67, filed by the Universityof Florida Board of Trustees (UBOT) is **GRANTED**.  UBOT is **DISMISSED** as a party in this case

1

based upon Eleventh Amendment immunity.    This cause is remanded to the

Magistrate Judge for further proceedings.

**SO ORDERED on May 24, 2017.**

<u>**s/Mark E. Walker**</u> \_\_\_\_
**United States District Judge**