IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA PAYLAN, M.D.,

    **Plaintiff,**

v.                         Case No. 1:15cv159-MW/GRJ

SCOTT TEITELBAUM, M.D., in his
official capacities,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 181, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 185. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Contrary to Plaintiff's suggestion, this Court does not believe it is an "Article III embarrassment" to adopt the report and recommendation. The Clerk shall enter judgment stating, "Defendant Scott Teitelbaum M.D.'s Motion for Summary Judgment, ECF No. 120, is **GRANTED**.

1

Plaintiff's Motion for Summary Judgment, ECF No. 122, is **DENIED**. Judgment is entered in favor of Defendant Teitelbaum." The Clerk shall close the file.

**SO ORDERED on March 7, 2018.**

                                          <u>**s/Mark E. Walker**</u>            
                                          **United States District Judge**