IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA PAYLAN, M.D.,

      Plaintiff,

v.                               Case No. 1:15cv159-MW/GRJ

SCOTT TEITELBAUM, M.D.,

      Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 201, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 204. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Dr. Teitelbaum's Memorandum in Support of His Bill of Costs and Motion for Court to Determine Entitlement to Attorneys' Fees or Other Sanctions, ECF No. 192, is **GRANTED in part and DENIED in part**. Defendant is entitled to a reduced amount of taxable costs, but Defendant is not entitled to attorneys' fees or other sanctions. The Clerk must reduce the taxable costs by $9,166.12 and enter judgment

1

for costs in favor of Defendant against Plaintiff in the total sum of **$9,937.83**." The Clerk shall close the file.

**SO ORDERED on October 24, 2018.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
